TODD et al., Plaintiffs, v. TODD et al., Defendants. (Supreme Court, Appellate Division, Second Department. July 7, 1898.) Action by Laura Louise Todd and others against Clarence F. Todd and others. No opinion. Motion to vacate order denied, on condition that notice of any application made in pursuance of the leave hitherto granted by this court be served on W. E. Kisselburgh, Jr., attorney for the purchaser. See 49 N. Y. Supp. 913.

TOWN OF SENECA, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by the town of Seneca against George G. Smith and another. No opinion. Judgment affirmed, with costs.

TURNER, Respondent, v. CHURCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Alice M. Turner against Nina Z. Church. No opinion. Judgment affirmed, with costs. See Lerche v. Brasher, 104 N. Y. 157, 10 N. E. 58, and Hicks-Alixanian v. Walton, 14 App. Div. 200, 43 N. Y. Supp. 541.

TURPIE v. TRIPAULT. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by John Turpie, an infant, etc., against Ludovic Tripault. No opinion. Motion granted, with $10 costs.

UNION BANK OF ROCHESTER v. SHERWOOD et al. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by the Union Bank of Rochester against Frederick A. Sherwood, impleaded, etc. No opinion. Motion for leave to appeal to the court of appeals granted, and the following questions certified to that court, viz.: (1) Was the defendant Sherwood a bona fide purchaser for value, not having delivered all the notes of Bolton, which he agreed to deliver, prior to his receiving notice that the sale to him and Mrs. Bolton was claimed to be in fraud of creditors? (2) The trial court having found that said bill of sale of August 2, 1893, was fraudulent and void, in so far as it transferred property to Mrs. Bolton, does it follow, as a matter of law, from the findings and from the undisputed facts in the case, that said bill of sale was fraudulent as to both vendees named therein?

UNITED BROTHERHOOD OF CLOAK-MAKERS, NO. 1, OF NEW YORK AND VICINITY, Respondent, v. ZEISSLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by the United Brotherhood of Cloakmakers, No. 1, of New York and Vicinity, against Ignatz Zeissler and others. Alfred D. Lind, for appellants. I. A. Hourwich, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VAN NAME, Plaintiff, v. VAN NAME et al., Defendants. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Jacob Van Name against William H. Van Name and others. No opinion. Motion denied, without costs.

In re VAN NESS. (Supreme Court, Appellate Division, First Department. June 10, 1898.) In the matter of John K. Van Ness. No opinion. Report confirmed, and proceedings dismissed, with costs to be paid by petitioner.

VAN ORDEN v. VAN ORDEN. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Margaret J. Van Orden against John M. Van Orden. No opinion. Motion granted, with $10 costs. See 52 N. Y. Supp. 1151.